USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   CAMPBELL O'NEIL,

                           Plaintiff,

           -v -

DISTRICT OF COLUMBIA, et al.,

                           Defendants.
------------------------------------------------------------- X

1:20-mc-797-GHW

GREGORY H. WOODS, United States District Judge:

This miscellaneous matter was opened on December 28, 2020. Dkt. No. 1. The document initiating this matter does not request action by the Court. Therefore, the Court orders that the matter be closed.

The Clerk of Court is directed to mail this order to Campbell O'Neil and to close this matter.

SO ORDERED.

Dated: January 27, 2021

                                                     GREGORY H. WOODS
                                              United States District Judge